## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE ROANNE L. MANN**         DATE : 4/14/15

DOCKET NUMBER: 15 CR 174 (SLT)         LOG #: 3:54 - 4:26

DEFENDANT'S NAME : JOHN SERVIDER
        ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL : John Salerno for arr. only
        ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A  KRISTIN MACE         DEPUTY CLERK : M. SICA

INTERPRETER : _____ (Language)

_____ Hearing held.    _____ Hearing adjourned to _____

X  Defendant was released on $100,000.    ___ PRB with/without some conditions.

X  Defendant was advised of bond conditions by the Court and signed the bond.

1  Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___  Start___  Stop___

___ Order of Speedy Trial entered.  Code Type___  Start___  Stop___

X  Defendant's first appearance.   X  Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

X  Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

X  Status conference set for 4/28/15 @ 10:30 before Judge Townes

OTHERS : _____