AO 442 (Rev. 11/11) Arrest Warrant

FILED
CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

2015 APR 20 PM 1:03

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

| United States of America | ) |
|---|---|
| v. | ) |
| John Servider | ) |
| | ) |
| Defendant | ) |

CR 15-174

OWNES, J.

## ARREST WARRANT

REYES, M.J

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Servider,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alteration of Records for Use in an Official Proceeding, and Conspiracy to do the same, 18 U.S.C. 1512(c)(1), 1512(k)

Date: 04/08/2015

/s/ Lois Bloom
*Issuing officer's signature*

City and state: Brooklyn, New York

The Honorable Lois Bloom, U.S.M.J.
*Printed name and title*

---

**Return**

This warrant was received on *(date)* April 8th, 2015, and the person was arrested on *(date)* April 14th, 2015
at *(city and state)* Brooklyn, New York.

Date: April 20th, 2015

*Arresting officer's signature*

Jon Chui, Special Agent
*Printed name and title*