Salvatore J Marinello
Attorney At Law
1140 Franklin Ave Ste 200
Garden City N.Y. 11530

April 27, 2015

<u>VIA ECF</u>

**United States District Court**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**
**Attn: Honorable Sandra L. Townes**

                        RE: United States of America vs. John A. Servider
                                  Case Number: CR-15-174

Dear Judge Townes:

    My office represents John A. Servider with regard to the above-captioned matter. Mr. Servider was arraigned on April 14, 2015 and he is currently scheduled to appear before you on April 28, 2015. However, my client has discussed several matters with me and is seeking to modify his bail conditions as follows:

    1)    Mr. Servider would like to be able to travel to:

        a)    <u>The State of Connecticut</u>:    Mr. Servider resides in Patterson, NY which is located approximately 10 miles from the Connecticut State Border. He is married with four (4) children and on several occasions they shop at the Danbury mall, they attend the movies in Danbury and there are various school functions, including his son's golf tournaments in Connecticut. I am requesting that he be able to travel to the State of Connecticut during his pre-trial supervision.

        b)    The State of <u>New Jersey</u>:    Mr. Servider has several clients that are located in New Jersey that have matters pending in New York and he is also counsel on several matters. He may need to appear at their offices for business purposes. I am requesting that he be able to travel throughout the State of New Jersey during his pre-trial supervision.

c) <u>Washington, D.C.</u>: Mr. Servider has a son Nicholas Servider, who attends American University. The school semester is ending and Mr. Servider currently has plans to pick up his son Nicholas by car at the conclusion of his final exams. He must pack up his entire dorm room and bring him back to New York. Prior to Mr. Servider's arrest, he had plans to travel to Washington, D.C. on May 5, 2015 and to return on May 6, 2015. While staying overnight, he will be staying at the Embassy Suites at the Chevy Chase Pavillion in Washington, D.C. for the night of May 5, 2015.

d) <u>Maryland</u>: Mr. Servider had prior plans to attend a sports event in Maryland from Friday, May 15, 2015 through Sunday, May 17, 2015. He will travel by car to Maryland Friday morning May 15, 2015 and return Sunday afternoon on May 17, 2015. During his time there he will be staying at the Courtyard, Baltimore Hunts Valley.

e) <u>Las Vegas, Nevada</u>: That on May 28, 2015, Mr. Servider will be traveling with his son, Michael Servider who will turn 21 years old, for a family trip to Las Vegas. His plans are to leave Thursday, May 28, 2015 and return on Monday evening June 1, 2015. He will be traveling by Delta Airlines and will be staying at the M Hotel.

Please be advised that my client had all of these plans confirmed and paid for prior to his arraignment and he understands that his future travel will be restricted pursuant to the court direction. He is requesting the above travel due to the fact that they involve his immediate family and the plans have been made in advance for several months. Please approve the above travel plans along with his traveling to New Jersey and Connecticut.

I have notified AUSA Kristen Mace and Pre-Trial case supervisor Vincent Adams. The AUSA has no objection and Pre-Trial takes no position.

Very truly yours,

*Salvatore Marinello*
SALVATORE MARINELLO